COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

William Jarred Franklin
Louisiana Appellate Project
3001 Old Minden Road
Bossier City LA 71112

Alfonzo Jermaine Johnlouis
Louisiana State Penitentiary DOC No. 438299
Hickory 1
Angola LA 70712

**REHEARING ACTION: December 9, 2009**

**Docket Number: 09   00235-KA**

**STATE OF LOUISIANA
VERSUS
ALFONZO JERMAINE JOHNLOUIS**

**Appealed from Iberia Parish Case No. 07-1162**

**BEFORE JUDGES:**

> **Hon. Marc T. Amy
> Hon. Billy Howard Ezell
> Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Alfonzo Jermaine Johnlouis** has this day been

> **DENIED.**

cc: Hon. J. Phillip Haney, Counsel for the Appellee
    Jeffrey J. Trosclair, Counsel for the Appellee